# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:07 mj 79

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) | |
| ) | |
| 26 Inglewood Avenue, ) | **ORDER TO UNSEAL** |
| Asheville, NC 28806 ) | |
| ) | |
| _____ ) | |

**UPON MOTION** of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order directing that the Search Warrant numbered above be unsealed.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Motion to Unseal Search Warrant (#5) be **UNSEALED** and the Clerk is directed to certify copies of this Order to the United States Attorney's Office.

Signed: May 8, 2012

_____

Dennis L. Howell
United States Magistrate Judge